Supreme Court, New York Special Term, February, 1898. Reported
50 N. Y. Supp. 909.

PEOPLE ex rel. BELDEN CLUB *v.* GEORGE HILLIARD, as Special
Deputy Commissioner of Excise.

COHEN, J. Under what is known as the Liquor Tax Law of
1896, as amended by chapter 312 of the Laws of 1897, the relator
asks for a peremptory writ of mandamus requiring the Special
Deputy Commissioner of Excise to issue a liquor tax certificate.
It is conceded by the respondent that the forms of law have
been complied with, and that the certificate does not show on
its face that the applicant is prohibited from trafficking in liquor
at the place where the traffic is to be carried on. The allegations
which the commissioner presents do not give him any discretion
under the statutes and he must grant the certificate. Should the
suspicions which the opposing affidavits foreshadow prove well
founded, speedy and effective methods are provided by the law
for the cancellation of the certificate.